JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATAICHA NORRIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PAYCHEX, INC., a foreign corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-01619 MWF (SPx)<br><br>**ORDER RE JOINT STIPULATION FOR SUBMISSION TO BINDING ARBITRATION AND REQUIRING JOINT STATUS REPORTS** |

| | |
|---|---|
| 1 | Having considered the Joint Stipulation of Plaintiff LaTaicha Norris and |
| 2 | Defendant Paychex, Inc. (together, the "Parties"), and finding good cause therefor, |
| 3 | the Court hereby GRANTS the Parties' Joint Stipulation and orders that the Parties |
| 4 | submit the instant action to binding arbitration.  The Court further orders that the |
| 5 | instant action is stayed pending submission of this matter to arbitration pursuant to |
| 6 | the terms of the arbitration agreement, and resolution of the matter in that forum. |
| 7 | The Parties are ORDERED to file a Joint Status Report every 90 days, |
| 8 | commencing November 16, 2020, or within ten days of the issuance of an arbitration |
| 9 | award, whichever occurs first. |
| 10 | |
| 11 | **IT IS SO ORDERED.** |
| 12 | |
| 13 | |
| 14 | Dated: August 18, 2020 |
| 15 | |
| 16 | *[signature]* |
| 17 | Michael W. Fitzgerald |
| 18 | United States District Judge |

-1-
ORDER RE: JOINT STIPULATION FOR SUBMISSION TO BINDING ARBITRATION

4847-5380-7302 3