| | |
|---|---|
| 1 | ANDREW E. AINSWORTH (State Bar No. 216044) |
| 2 | andrew@ainsworth4law.com<br>AINSWORTH EMPLOYMENT LAW, PC |
| 3 | 4000 Barranca Parkway, Suite 250<br>Irvine, CA 92604 |
| 4 | Telephone: (949) 484-8455 |
| 5 | Attorney for Plaintiff<br>LATAICHA NORRIS |

MICHAEL A. HOOD (State Bar No. 71258)
Michael.Hood@jacksonlewis.com
NOLAN S. McCREADY (State Bar No. 300684)
Nolan.McCready@jacksonlewis.com
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360

SCOTT P. JANG (State Bar No. 260191)
Scott.Jang@jacksonlewis.com
50 California Street, 9th Street
San Francisco, CA 94111
Telephone: (415) 394-9400

Attorneys for Defendant
PAYCHEX, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATAICHA NORRIS, an individual,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PAYCHEX, INC., a foreign corporation; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 5:20-cv-01619 MWF (SPx)<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:    Hon. Michael W. Fitzgerald |

Pursuant to FRCP 41(a)(2), the parties to this action, Plaintiff LaTaicha Norris and Defendant Paychex, Inc., hereby stipulate to the dismissal of this action with prejudice as to all parties and all causes of action.

Dated: September 8, 2021        AINSWORTH EMPLOYMENT LAW, PC

By: */s/ Andrew E. Ainsworth*
    Andrew E. Ainsworth
    Attorney for Plaintiff
    LATAICHA NORRIS

Dated: September 29, 2021       JACKSON LEWIS, LLP

By: */s/ Nolan S. McCready*
    Michael A. Hood
    Nolan S. McCready
    Scott P. Jang
    Attorneys for Defendant
    PAYCHEX, INC.

## SIGNATURE CERTIFICATION

I hereby certify that I have obtained counsel's authorization to affix his electronic signature to this document.

/s/ *Nolan S. McCready*
Nolan S. McCready
Attorneys for Defendant
PAYCHEX, INC.